**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 4/9/2018 | |
| Number | Period End | Branch |
| 9191 | 4/22/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99929735 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 4/27/2018 | |

**Newark Toyota World**

1344 Marrows Road
Newark, DE 19711  302-283-5390

PTO 4.31 Accr= 113.05 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 117.75 | 0.00 | 0.00 |
| Other | | | | | 728.00 |
| Bonus | | 0.00 | 0.00 | -25.00 | 7279.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 7025.00 |
| Commision | | 0.00 | 0.00 | 8481.00 | 26814.44 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (9185.76) | 0.00 | 0.00 |
| OASDI (9185.76) | 569.52 | 2562.36 |
| Medicare (9185.76) | 133.19 | 599.26 |
| DE (M/99) (9185.76) | 131.82 | 546.59 |
| LegalShield | 9.48 | 85.32 |
| FLEX 125 | | 100.00 |
| VISION 125 | 5.14 | 34.82 |
| Accident Pre-Tax | 9.00 | 72.00 |
| Dependent Care FSA | 50.00 | 300.00 |
| Cancer Pre-Tax | 6.10 | 12.20 |
| Net Pay 79569XXXX | 8341.75 | 37534.74 |

| | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 117.75 | 9256.00 | 41847.29 | Total Deductions | 9256.00 | 41847.29 |
| **NET PAY** | 8341.75 | **Total Direct Deposits** | 8341.75 | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.  60-208
Po Box 27025, Richmond, VA  312

**Check Date** 4/27/2018    **Check Number**  Memo

**Pay**  *No Dollars and No Cents*

$ ************

**To the Order of:**
210    9191  -99929735
**Ajay K Bhan**    NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY 0 00 CTS CTS

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210    9191  -99929735

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 3/26/2018 | |
| Number | Period End | Branch |
| 9191 | 4/8/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99930208 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 4/13/2018 | |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711 302-283-5390

PTO 4.31 Accr= 108.74 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 97.63 | 0.00 | 0.00 |
| Other | | 0.00 | 0.00 | 350.00 | 728.00 |
| Bonus | | | | | 7304.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 6225.00 |
| Commision | | | | | 18333.44 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (1079.76) | 0.00 | 0.00 |
| OASDI (1079.76) | 66.95 | 1992.84 |
| Medicare (1079.76) | 15.66 | 466.07 |
| DE (M/99) (1079.76) | | 414.77 |
| LegalShield | 9.48 | 75.84 |
| FLEX 125 | | 100.00 |
| VISION 125 | 5.14 | 29.68 |
| Accident Pre-Tax | 9.00 | 63.00 |
| Dependent Care FSA | 50.00 | 250.00 |
| Cancer Pre-Tax | 6.10 | 6.10 |
| Net Pay 79569XXXX | 987.67 | 29192.99 |

| | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 97.63 | 1150.00 | 32591.29 | Total Deductions | 1150.00 | 32591.29 |
| **NET PAY** | 987.67 | Total Direct Deposits | 987.67 | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.       60-208
Po Box 27025, Richmond, VA   312

Check Date 4/13/2018       Check Number  Memo

Pay  *No Dollars and No Cents*       $ * * * * * * * * * * *

To the Order of:
210            9191   -99930208
**Ajay K Bhan**       NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY 0 00 CTS CTS

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210        9191   -99930208

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711 302-283-5390

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 3/12/2018 | |
| Number | Period End | Branch |
| 9191 | 3/25/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99930662 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 3/30/2018 | |

PTO 4.31 Accr= 104.43 Bal HOURS

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 98.70 | 0.00 | 0.00 |
| Other | | 0.00 | 0.00 | 378.00 | 378.00 |
| Bonus | | | | | 7304.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 5425.00 |
| Commision | | | | | 18333.44 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (1178.00) | 0.00 | 0.00 |
| OASDI (1178.00) | 73.04 | 1925.89 |
| Medicare (1178.00) | 17.08 | 450.41 |
| DE (M/99) (1178.00) | | 414.77 |
| LegalShield | 9.48 | 66.36 |
| FLEX 125 | | 100.00 |
| VISION 125 | | 24.54 |
| Accident Pre-Tax | | 54.00 |
| Dependent Care FSA | | 200.00 |
| Net Pay 79569XXXX | 1078.40 | 28205.32 |

| | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 98.70 | 1178.00 | 31441.29 | Total Deductions | 1178.00 | 31441.29 |
| **NET PAY** | | 1078.40 | Total Direct Deposits | 1078.40 | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 3/30/2018     Check Number  Memo

Pay *No Dollars and No Cents*                         $ * * * * * * * * * * *

To the Order of:
210                9191   -99930662
**Ajay K Bhan**          NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY 0 00 CTS CTS

***VOUCHER - NON NEGOTIABLE***

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210        9191   -99930662

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| | | |
|---|---|---|
| Company<br>0208 | Period Begin<br>2/26/2018 | Division |
| Number<br>9191 | Period End<br>3/11/2018 | Branch |
| Social Security #<br>XXX-XX-6588 | Check Number<br>-99931127 | Department<br>210 |
| Hire Date<br>3/23/2016 | Check Date<br>3/16/2018 | Team |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711  302-283-5390

PTO 4.31 Accr= 100.12 Bal HOURS

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 109.75 | 0.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 300.00 | 7304.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 4625.00 |
| Commision | | 0.00 | 0.00 | 9193.44 | 18333.44 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (10229.30) | 0.00 | 0.00 |
| OASDI (10229.30) | 634.22 | 1852.85 |
| Medicare (10229.30) | 148.32 | 433.33 |
| DE (M/99) (10229.30) | 200.69 | 414.77 |
| LegalShield | 9.48 | 56.88 |
| FLEX 125 | | 100.00 |
| VISION 125 | 5.14 | 24.54 |
| Accident Pre-Tax | 9.00 | 54.00 |
| Dependent Care FSA | 50.00 | 200.00 |
| Net Pay 79569XXXX | 9236.59 | 27126.92 |

| Total Earnings | | 109.75 | 10293.44 | 30263.29 | Total Deductions | 10293.44 | 30263.29 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | | 9236.59 | **Total Direct Deposits** | 9236.59 | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 3/16/2018     Check Number  Memo

**Pay**  No Dollars and No Cents

$***********

To the Order of:
  210                             9191   -99931127
**Ajay K Bhan**                   NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

***VOUCHER - NON NEGOTIABLE***

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210     9191   -99931127

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 2/12/2018 | |
| Number | Period End | Branch |
| 9191 | 2/25/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99931600 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 3/2/2018 | |

**Newark Toyota World**

PTO  4.31 Accr= 95.81 Bal HOURS

1344 Marrows Road
Newark, DE 19711 302-283-5390

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 62.50 | 0.00 | 0.00 |
| Bonus | | | | | 7004.85 |
| Draw | | 0.00 | 0.00 | 625.00 | 3825.00 |
| Commision | | | | | 9140.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (560.86) | 0.00 | 0.00 |
| OASDI (560.86) | 34.77 | 1218.63 |
| Medicare (560.86) | 8.13 | 285.01 |
| DE (M/99) (560.86) | | 214.08 |
| LegalShield | 9.48 | 47.40 |
| FLEX 125 | | 100.00 |
| VISION 125 | 5.14 | 19.40 |
| Accident Pre-Tax | 9.00 | 45.00 |
| Dependent Care FSA | 50.00 | 150.00 |
| Net Pay 79569XXXX | 508.48 | 17890.33 |

| Total Earnings | | 62.50 | 625.00 | 19969.85 | Total Deductions | 625.00 | 19969.85 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | | | 508.48 | **Total Direct Deposits** | 508.48 | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 3/2/2018    Check Number  Memo

**Pay**  *No Dollars and No Cents*

$************

**To the Order of:**
210
**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

9191   -99931600
PAY ONLY ZERO CTS CTS
NON NEGOTIABLE

**VOUCHER - NON NEGOTIABLE**

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210           9191   -99931600

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| | | |
|---|---|---|
| Company 0208 | Period Begin 2/12/2018 | Division |
| Number 9191 | Period End 2/25/2018 | Branch |
| Social Security # XXX-XX-6588 | Check Number -99931600 | Department 210 |
| Hire Date 3/23/2016 | Check Date 3/2/2018 | Team |

**Newark Toyota World**

1344 Marrows Road
Newark, DE 19711 302-283-5390

PTO 4.31 Accr= 95.81 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 62.50 | 0.00 | 0.00 |
| Bonus | | | | | 7004.85 |
| Draw | | 0.00 | 0.00 | 625.00 | 3825.00 |
| Commision | | | | | 9140.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (560.86) | 0.00 | 0.00 |
| OASDI (560.86) | 34.77 | 1218.63 |
| Medicare (560.86) | 8.13 | 285.01 |
| DE (M/99) (560.86) | | 214.08 |
| LegalShield | 9.48 | 47.40 |
| FLEX 125 | | 100.00 |
| VISION 125 | 5.14 | 19.40 |
| Accident Pre-Tax | 9.00 | 45.00 |
| Dependent Care FSA | 50.00 | 150.00 |
| Net Pay 79569XXXX | 508.48 | 17890.33 |

| | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 62.50 | 625.00 | 19969.85 | Total Deductions | 625.00 | 19969.85 |
| **NET PAY** | 508.48 | **Total Direct Deposits** | 508.48 | | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 3/2/2018    Check Number Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * *

**To the Order of:**
210
**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

9191   -99931600
NON NEGOTIABLE

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210       9191   -99931600

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 0208 | 1/29/2018 | |
| Number | Period End | Branch |
| 9191 | 2/11/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99932078 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 2/16/2018 | |

**Newark Toyota World**

PTO 3.08 Accr= 91.50 Bal HOURS

1344 Marrows Road
Newark, DE 19711 302-283-5390

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 93.17 | 0.00 | 0.00 |
| Bonus | | | | | 7004.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 3200.00 |
| Commision | | 0.00 | 0.00 | 9140.00 | 9140.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (9876.84) | 0.00 | 0.00 |
| OASDI (9876.84) | 612.36 | 1183.86 |
| Medicare (9876.84) | 143.21 | 276.88 |
| DE (M/99) (9876.84) | 177.43 | 214.08 |
| LegalShield | 9.48 | 37.92 |
| FLEX 125 | | 100.00 |
| VISION 125 | 4.16 | 14.26 |
| Accident Pre-Tax | 9.00 | 36.00 |
| Dependent Care FSA | 50.00 | 100.00 |
| Net Pay 79569XXXX | 8934.36 | 17381.85 |

| | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 93.17 | 9940.00 | 19344.85 | Total Deductions | 9940.00 | 19344.85 |
| **NET PAY** | 8934.36 | Total Direct Deposits | 8934.36 | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 2/16/2018    Check Number Memo

**Pay** No Dollars and No Cents                                                              $ * * * * * * * * * * *

**To the Order of:**
                210                           9191  -99932078
**Ajay K Bhan**                               NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY 0 CTS 00 CTS

**VOUCHER - NON NEGOTIABLE**

---

Newark Toyota World
1344 Marrows Road
Newark, DE 19711

                                        210        9191   -99932078
                                **Ajay K Bhan**
                                112 Ford Drive
                                Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 1/15/2018 | |
| Number | Period End | Branch |
| 9191 | 1/28/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99932576 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 2/2/2018 | |

**Newark Toyota World**

1344 Marrows Road
Newark, DE 19711 302-283-5390

PTO 3.08 Accr= 88.42 Bal HOURS

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 109.65 | 0.00 | 0.00 |
| Bonus | | | | | 7004.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 2400.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (734.88) | 0.00 | 0.00 |
| OASDI (734.88) | 45.56 | 571.50 |
| Medicare (734.88) | 10.66 | 133.67 |
| DE (M/99) (734.88) | | 36.65 |
| LegalShield | 9.48 | 28.44 |
| FLEX 125 | | 100.00 |
| VISION 125 | 6.12 | 10.10 |
| Accident Pre-Tax | 9.00 | 27.00 |
| Dependent Care FSA | 50.00 | 50.00 |
| Net Pay 79569XXXX | 669.18 | 8447.49 |

| | | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 109.65 | 800.00 | 9404.85 | Total Deductions | 800.00 | 9404.85 |
| **NET PAY** | | 669.18 | **Total Direct Deposits** | | 669.18 | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 2/2/2018    Check Number Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * *

**To the Order of:**
210
**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

9191    -99932576
PAY ONLY ZERO CTS CTS 00
NON NEGOTIABLE

**VOUCHER - NON NEGOTIABLE**

---

Newark Toyota World
1344 Marrows Road
Newark, DE 19711

210    9191    -99932576

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 1/1/2018 | |
| Number | Period End | Branch |
| 9191 | 1/14/2018 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99933338 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 1/19/2018 | |

**Newark Toyota World**

PTO 3.08 Accr= 85.34 Bal HOURS

1344 Marrows Road
Newark, DE 19711 302-283-5390

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 110.00 | 0.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 7004.85 | 7004.85 |
| Draw | | 0.00 | 0.00 | 800.00 | 1600.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (7743.86) | 0.00 | 0.00 |
| OASDI (7743.86) | 480.12 | 525.94 |
| Medicare (7743.86) | 112.29 | 123.01 |
| DE (M/99) (7743.86) | 36.65 | 36.65 |
| LegalShield | 9.48 | 18.96 |
| FLEX 125 | 50.00 | 100.00 |
| VISION 125 | 1.99 | 3.98 |
| Accident Pre-Tax | 9.00 | 18.00 |
| Net Pay 79569XXXX | 7105.32 | 7778.31 |

| Total Earnings | | 110.00 | 7804.85 | 8604.85 | Total Deductions | 7804.85 | 8604.85 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | 7105.32 | **Total Direct Deposits** | | 7105.32 | **Check Amount** | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.        60-208
Po Box 27025, Richmond, VA  312

Check Date 1/19/2018        Check Number Memo

Pay  *No Dollars and No Cents*                    $ * * * * * * * * * * *

To the Order of:
        210           9191   -99933338    PAY ONLY 0 00 CTS CTS
**Ajay K Bhan**                NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352                ***VOUCHER - NON NEGOTIABLE***

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

                    210        9191   -99933338
                **Ajay K Bhan**
                112 Ford Drive
                Lincoln University, PA 19352

**Ajay K Bhan**

| | | | |
|---|---|---|---|
| Company | Period Begin | Division | |
| 0208 | 12/18/2017 | | |
| Number | Period End | Branch | |
| 9191 | 12/31/2017 | | |
| Social Security # | Check Number | Department | |
| XXX-XX-6588 | -99934128 | 210 | |
| Hire Date | Check Date | Team | |
| 3/23/2016 | 1/5/2018 | | |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711 302-283-5390

PTO 3.08 Accr= 82.26 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 75.72 | 0.00 | 0.00 |
| Draw | | 0.00 | 0.00 | 800.00 | 800.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (739.01) | 0.00 | 0.00 |
| OASDI (739.01) | 45.82 | 45.82 |
| Medicare (739.01) | 10.72 | 10.72 |
| LegalShield | 9.48 | 9.48 |
| FLEX 125 | 50.00 | 50.00 |
| VISION 125 | 1.99 | 1.99 |
| Accident Pre-Tax | 9.00 | 9.00 |
| Net Pay 79569XXXX | 672.99 | 672.99 |

| Total Earnings | 75.72 | 800.00 | 800.00 | Total Deductions | 800.00 | 800.00 |
|---|---|---|---|---|---|---|
| **NET PAY** | | 672.99 | Total Direct Deposits | 672.99 | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 1/5/2018      Check Number  Memo

Pay  *No Dollars and No Cents*                              $ * * * * * * * * * * *

**To the Order of:**
210                      9191   -99934128
**Ajay K Bhan**          NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY 0 00 CTS CTS

**VOUCHER - NON NEGOTIABLE**

---

210              9191   -99934128

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| | | |
|---|---|---|
| Company 0208 | Period Begin 12/4/2017 | Division |
| Number 9191 | Period End 12/17/2017 | Branch |
| Social Security # XXX-XX-6588 | Check Number -99935506 | Department 210 |
| Hire Date 3/23/2016 | Check Date 12/22/2017 | Team |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711  302-283-5390

PTO 3.08 Accr= 79.18 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 91.78 | 0.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 9404.85 | 119378.26 |
| Draw | | 0.00 | 0.00 | 800.00 | 20800.00 |
| Memo Misc Fringe Bonus | | 0.00 | 0.00 | 50.00 | 50.00 |
| Memos | | | | | |
| 401K Match | | | 0.00 | 15.31 | 49.66 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (7193.86) | 0.00 | 14996.99 |
| OASDI (0.00) | | 7886.40 |
| Medicare (10193.86) | 147.76 | 2014.53 |
| DE (M/99) (7193.86) | 0.35 | 2185.80 |
| LegalShield | 9.48 | 227.52 |
| 401k | 3000.00 | 9000.00 |
| FLEX 125 | 50.00 | 1100.00 |
| VISION 125 | 1.99 | 51.28 |
| Accident Pre-Tax | 9.00 | 144.00 |
| Net Pay 79569XXXX | 6986.27 | 102571.74 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 91.78 | 10254.85 | 140228.26 | Total Deductions | 10204.85 | 140178.26 |
| **NET PAY** | 6986.27 | Total Direct Deposits | 6986.27 | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208 / 312

Check Date 12/22/2017    Check Number  Memo

Pay  *No Dollars and No Cents*        $ * * * * * * * * * * *

To the Order of:
  210           9191   -99935506
**Ajay K Bhan**        PAY ONLY ZERO CTS CTS
112 Ford Drive         NON NEGOTIABLE
Lincoln University, PA 19352

***VOUCHER - NON NEGOTIABLE***

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

                210        9191   -99935506
**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 11/6/2017 | |
| Number | Period End | Branch |
| 9191 | 11/19/2017 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99936474 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 11/24/2017 | |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711 302-283-5390

PTO 3.08 Accr= 73.02 Bal HOURS

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 98.38 | 0.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 10864.90 | 109973.41 |
| Draw | | 0.00 | 0.00 | 800.00 | 19200.00 |
| Memos | | | | | |
| 401K Match | | | 0.00 | 17.50 | 34.35 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (8603.91) | 0.00 | 14996.99 |
| OASDI (10803.80) | 669.84 | 7886.42 |
| Medicare (11603.91) | 168.26 | 1856.05 |
| DE (M/99) (8603.91) | 93.42 | 2185.45 |
| LegalShield | 9.48 | 208.56 |
| 401k | 3000.00 | 6000.00 |
| FLEX 125 | 50.00 | 1000.00 |
| VISION 125 | 1.99 | 47.30 |
| Accident Pre-Tax | 9.00 | 126.00 |
| Net Pay 79569XXXX | 7662.91 | 94866.64 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | 98.38 | 11664.90 | 129173.41 | |
| **NET PAY** | 7662.91 | Total Direct Deposits | 7662.91 | Total Deductions | 11664.90 | 129173.41 |
| | | | | Check Amount | 0.00 | 0.00 |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208
312

Check Date 11/24/2017   Check Number Memo

Pay   No Dollars and No Cents

$***********

To the Order of:
210     9191   -99936474
**Ajay K Bhan**           NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY **0** 00
CTS CTS

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210                 9191   -99936474

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| | |
|---|---|
| Company | 0208 |
| Number | 9191 |
| Social Security # | XXX-XX-6588 |
| Hire Date | 3/23/2016 |
| Period Begin | 10/9/2017 |
| Period End | 10/22/2017 |
| Check Number | -99938339 |
| Check Date | 10/27/2017 |
| Division | |
| Branch | |
| Department | 210 |
| Team | |

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711  302-283-5390

PTO 3.08 Accr= 66.86 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 115.15 | 0.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 10436.00 | 99108.51 |
| Draw | | 0.00 | 0.00 | 800.00 | 17600.00 |
| Memos | | | | | |
| 401K Match | | | 0.00 | 16.85 | 16.85 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/99) (8175.01) | 0.00 | 14996.99 |
| OASDI (11175.01) | 692.85 | 7170.76 |
| Medicare (11175.01) | 162.04 | 1677.07 |
| DE (M/99) (8175.01) | 65.11 | 2092.03 |
| LegalShield | 9.48 | 189.60 |
| 401k | 3000.00 | 3000.00 |
| FLEX 125 | 50.00 | 900.00 |
| VISION 125 | 1.99 | 43.32 |
| Accident Pre-Tax | 9.00 | 108.00 |
| Net Pay 79569XXXX | 7245.53 | 86530.74 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | 115.15 | 11236.00 | 116708.51 | |
| **NET PAY** | 7245.53 | **Total Direct Deposits** | 7245.53 | | |
| | | **Total Deductions** | 11236.00 | 116708.51 | |
| | | **Check Amount** | 0.00 | 0.00 | |

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208 / 312

Check Date 10/27/2017    Check Number Memo

Pay  *No Dollars and No Cents*

$ * * * * * * * * * * *

To the Order of:
  210
**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

9191  -99938339
NON NEGOTIABLE

PAY ONLY **0** DCTS CTS

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210      9191  -99938339

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352

**Ajay K Bhan**

| Company | Period Begin | Division |
|---|---|---|
| 0208 | 9/25/2017 | |
| Number | Period End | Branch |
| 9191 | 10/8/2017 | |
| Social Security # | Check Number | Department |
| XXX-XX-6588 | -99938795 | 210 |
| Hire Date | Check Date | Team |
| 3/23/2016 | 10/13/2017 | |

**Newark Toyota World**

PTO 3.08 Accr= 63.78 Bal HOURS

1344 Marrows Road
Newark, DE 19711 302-283-5390

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 0.00 | 109.27 | 0.00 | 0.00 |
| Bonus | | | | | 88672.51 |
| Draw | | 0.00 | 0.00 | 800.00 | 16800.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/5) (739.01) | 0.00 | 14996.99 |
| OASDI (739.01) | 45.82 | 6477.91 |
| Medicare (739.01) | 10.72 | 1515.03 |
| DE (M/99) (739.01) | | 2026.92 |
| LegalShield | 9.48 | 180.12 |
| FLEX 125 | 50.00 | 850.00 |
| VISION 125 | 1.99 | 41.33 |
| Accident Pre-Tax | 9.00 | 99.00 |
| Net Pay 79569XXXX | 672.99 | 79285.21 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | 109.27 | 800.00 | 105472.51 | |
| **NET PAY** | 672.99 | Total Direct Deposits | 672.99 | Check Amount | 0.00 | 0.00 |

Total Deductions    800.00    105472.51

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

Bank Of America N.A.
Po Box 27025, Richmond, VA

60-208 / 312

Check Date 10/13/2017    Check Number  Memo

Pay *No Dollars and No Cents*

$ * * * * * * * * * * *

To the Order of:
210    9191  -99938795
**Ajay K Bhan**    NON NEGOTIABLE
112 Ford Drive
Lincoln University, PA 19352

PAY ONLY

**VOUCHER - NON NEGOTIABLE**

---

**Newark Toyota World**
1344 Marrows Road
Newark, DE 19711

210    9191  -99938795

**Ajay K Bhan**
112 Ford Drive
Lincoln University, PA 19352