Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | ■ | 10/13/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 5.75 | 0.00 | 2.00 | Married | 0 | 0.00 | 1,745.26 | 1,745.26 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,745.26 | 139.81 | 101.37 | 23.71 | 50.19 | 1.22 |
| YTD | 31,563.36 | 2,280.64 | 1,834.19 | 428.94 | 908.25 | 22.06 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 1,003.06 | 8.17 | 130.89 | 0.00 | 2.00 | 284.84 |
| YTD | | 147.90 | 2,367.25 | 0.00 | 42.00 | 4,828.63 |

| Direct Deposit Information | TD Bank | Checking | 1,003.06 |
|---|---|---|---|

| Wage Detail | | | | |
|---|---|---|---|---|
| Reg | OT | Fctr | Rate | Type |
| 0.00 | 5.75 | 1.50 | 18.79 | HOUR |
| 80.00 | 0.00 | | 18.79 | HOUR |
| 0.00 | 0.00 | | 40.00 | ADDITIONAL PAY |

| Voluntary Deductions | | | Abs Bal as of 09/29/2017 | | |
|---|---|---|---|---|---|
| | Pay | YTD | Type | Balance | Unit |
| BB02 | 174.53 | 2,848.90 | FIAA | 2.000 | Days |
| DENP | 2.50 | 47.50 | PERSONAL | 4.000 | Days |
| HOSP | 93.47 | 1,682.57 | SIAA | 71.000 | Days |
| RXPR | 13.34 | 230.66 | VAAA | 20.000 | Days |
| VISP | 1.00 | 19.00 | | | |

B/SOC 9/20 G/SOC 9/27

Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | 10/27/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 3.75 | 0.00 | 1.00 | Married | 0 | 0.00 | 1,648.89 | 1,648.89 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,648.89 | 126.44 | 95.39 | 22.31 | 47.23 | 1.15 |
| YTD | 33,212.25 | 2,407.08 | 1,929.58 | 451.25 | 955.48 | 23.21 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 947.81 | 7.69 | 123.67 | 0.00 | 2.00 | 275.20 |
| YTD | | 155.59 | 2,490.92 | 0.00 | 44.00 | 5,103.83 |

| Direct Deposit Information | TD Bank | | | Checking | 947.81 |
|---|---|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | Abs Bal as of 10/13/2017 | |
|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| BB02 | 164.89 | 3,013.79 | 0.00 | 3.75 | 1.50 | 18.79 HOUR | FIAA | 2.000 Days |
| DENP | 2.50 | 50.00 | 80.00 | 0.00 | | 18.79 HOUR | PERSONAL | 4.000 Days |
| HOSP | 93.47 | 1,776.04 | 1.00 | 0.00 | | 40.00 ADDITIONAL PAY | SIAA | 70.500 Days |
| RXPR | 13.34 | 244.00 | | | | | VAAA | 20.000 Days |
| VISP | 1.00 | 20.00 | | | | | | |

G/SOC 10/4

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | ▬ | 11/10/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 2.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,573.66 | 1,573.66 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,573.66 | 116.00 | 90.73 | 21.22 | 44.92 | 1.10 |
| YTD | 34,785.91 | 2,523.08 | 2,020.31 | 472.47 | 1,000.40 | 24.31 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 904.67 | 7.32 | 118.02 | 0.00 | 2.00 | 267.68 |
| YTD | | 162.91 | 2,608.94 | 0.00 | 46.00 | 5,371.51 |

| Direct Deposit Information | | | |
|---|---|---|---|
| TD Bank | | Checking | 904.67 |

| Voluntary Deductions | | | | | Wage Detail | | | Abs Bal as of 10/27/2017 | |
|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance Unit |
| BB02 | 157.37 | 3,171.16 | 80.00 | 0.00 | | | | FIAA | 2.000 Days |
| DENP | 2.50 | 52.50 | 0.00 | 2.50 | 1.50 | 18.79 | HOUR | PERSONAL | 4.000 Days |
| HOSP | 93.47 | 1,869.51 | | | | 18.79 | HOUR | SIAA | 70.500 Days |
| RXPR | 13.34 | 257.34 | | | | | | VAAA | 20.000 Days |
| VISP | 1.00 | 21.00 | | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | ▆▆▆ | 11/24/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 3.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,601.85 | 1,601.85 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,601.85 | 119.91 | 92.48 | 21.63 | 45.79 | 1.12 |
| YTD | 36,387.76 | 2,642.99 | 2,112.79 | 494.10 | 1,046.19 | 25.43 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 899.87 | 7.46 | 120.14 | 0.00 | 2.00 | 291.45 |
| YTD | | 170.37 | 2,729.08 | 0.00 | 48.00 | 5,662.96 |

| Direct Deposit Information | | | | | |
|---|---|---|---|---|---|
| TD Bank | | | Checking | | 899.87 |

| Voluntary Deductions | | | Wage Detail | | | | Abs Bal as of 11/10/2017 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate   Type | Type | Balance | Unit |
| DUES | 20.95 | 20.95 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 | Days |
| BB02 | 160.19 | 3,331.35 | 0.00 | 3.50 | 1.50 | 18.79 HOUR | PERSONAL | 4.000 | Days |
| DENP | 2.50 | 55.00 | | | | | SIAA | 70.000 | Days |
| HOSP | 93.47 | 1,962.98 | | | | | VAAA | 20.000 | Days |
| RXPR | 13.34 | 270.68 | | | | | | | |
| VISP | 1.00 | 22.00 | | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▇▇▇▇ | 12/08/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 2.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,573.66 | 1,573.66 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,573.66 | 116.00 | 90.73 | 21.22 | 44.92 | 1.10 |
| YTD | 37,961.42 | 2,758.99 | 2,203.52 | 515.32 | 1,091.11 | 26.53 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 883.72 | 7.32 | 118.02 | 0.00 | 2.00 | 288.63 |
| YTD | | 177.69 | 2,847.10 | 0.00 | 50.00 | 5,951.59 |

| Direct Deposit Information | | |
|---|---|---|
| TD Bank | Checking | 883.72 |

| Voluntary Deductions | | Wage Detail | | | | | Abs Bal as of 11/24/2017 | |
|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance Unit |
| DUES | 20.95 | 41.90 | 80.00 | 0.00 | | 18.79 | HOUR | FIAA | 2.000 Days |
| BB02 | 157.37 | 3,488.72 | 0.00 | 2.50 | 1.50 | 18.79 | HOUR | PERSONAL | 4.000 Days |
| DENP | 2.50 | 57.50 | | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 2,056.45 | | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 284.02 | | | | | | | |
| VISP | 1.00 | 23.00 | | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▆▆▆ | 12/22/2017 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 1.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,545.48 | 1,545.48 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,545.48 | 112.09 | 88.98 | 20.81 | 44.06 | 1.08 |
| YTD | 39,506.90 | 2,871.08 | 2,292.50 | 536.13 | 1,135.17 | 27.61 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 867.56 | 7.18 | 115.91 | 0.00 | 2.00 | 285.81 |
| YTD | | 184.87 | 2,963.01 | 0.00 | 52.00 | 6,237.40 |

| Direct Deposit Information | | | | | | |
|---|---|---|---|---|---|---|
| TD Bank | | | | | Checking | 867.56 |

| Voluntary Deductions | | Wage Detail | | | | Abs Bal as of 12/08/2017 | |
|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance Unit |
| DUES | 20.95 | 62.85 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 154.55 | 3,643.27 | 0.00 | 1.50 | 1.50 | 18.79 HOUR | PERSONAL | 4.000 Days |
| DENP | 2.50 | 60.00 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 2,149.92 | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 297.36 | | | | | | |
| VISP | 1.00 | 24.00 | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▬▬▬ | 01/05/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 1.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,545.48 | 1,545.48 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,545.48 | 112.09 | 88.98 | 20.81 | 44.06 | 0.93 |
| YTD | 1,545.48 | 112.09 | 88.98 | 20.81 | 44.06 | 0.93 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 867.71 | 7.18 | 115.91 | 0.00 | 2.00 | 285.81 |
| YTD | 867.71 | 7.18 | 115.91 | 0.00 | 2.00 | 285.81 |

| Direct Deposit Information | | |
|---|---|---|
| TD Bank | Checking | 867.71 |

| Voluntary Deductions | | | Wage Detail | | | | Abs Bal as of 12/22/2017 | |
|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| DUES | 20.95 | 20.95 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 154.55 | 154.55 | 0.00 | 1.50 | 1.50 | 18.79 HOUR | PERSONAL | 3.000 Days |
| DENP | 2.50 | 2.50 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 93.47 | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 13.34 | | | | | | |
| VISP | 1.00 | 1.00 | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | | 01/19/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.50 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,517.29 | 1,517.29 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,517.29 | 108.18 | 87.23 | 20.40 | 43.19 | 0.91 |
| YTD | 3,062.77 | 220.27 | 176.21 | 41.21 | 87.25 | 1.84 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 851.56 | 7.03 | 113.80 | 0.00 | 2.00 | 282.99 |
| YTD | | 14.21 | 229.71 | 0.00 | 4.00 | 568.80 |

| Direct Deposit Information | | | | |
|---|---|---|---|---|
| TD Bank | | | Checking | 851.56 |

| Voluntary Deductions | | | Wage Detail | | | | Abs Bal as of 01/05/2018 | |
|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| DUES | 20.95 | 41.90 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 151.73 | 306.28 | 0.00 | 0.50 | 1.50 | 18.79 HOUR | PERSONAL | 3.000 Days |
| DENP | 2.50 | 5.00 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 186.94 | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 26.68 | | | | | | |
| VISP | 1.00 | 2.00 | | | | | | |

Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▬▬▬ | 02/02/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,503.20 | 1,503.20 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,503.20 | 85.68 | 86.36 | 20.20 | 42.76 | 0.90 |
| YTD | 4,565.97 | 305.95 | 262.57 | 61.41 | 130.01 | 2.74 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 864.02 | 6.96 | 112.74 | 0.00 | 2.00 | 281.58 |
| YTD | | 21.17 | 342.45 | 0.00 | 6.00 | 850.38 |

| Direct Deposit Information | | | | | | |
|---|---|---|---|---|---|---|
| TD Bank | | | | | Checking | 864.02 |

| Voluntary Deductions | | Wage Detail | | | | Abs Bal as of 01/19/2018 | |
|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| DUES | 20.95 | 62.85 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 150.32 | 456.60 | | | | | PERSONAL | 3.000 Days |
| DENP | 2.50 | 7.50 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 280.41 | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 40.02 | | | | | | |
| VISP | 1.00 | 3.00 | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▓▓▓▓ | 02/16/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,503.20 | 1,503.20 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,503.20 | 85.68 | 86.36 | 20.20 | 42.76 | 0.90 |
| YTD | 6,069.17 | 391.63 | 348.93 | 81.61 | 172.77 | 3.64 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 864.02 | 6.96 | 112.74 | 0.00 | 2.00 | 281.58 |
| YTD | | 28.13 | 455.19 | 0.00 | 8.00 | 1,131.96 |

| Direct Deposit Information | | | | | | |
|---|---|---|---|---|---|---|
| TD Bank | | | | Checking | | 864.02 |

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 02/02/2018 | |
|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance Unit |
| DUES | 20.95 | 83.80 | 80.00 | 0.00 | | 18.79 | HOUR | FIAA | 2.000 Days |
| BB02 | 150.32 | 606.92 | | | | | | PERSONAL | 3.000 Days |
| DENP | 2.50 | 10.00 | | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 373.88 | | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 53.36 | | | | | | | |
| VISP | 1.00 | 4.00 | | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | ▆▆▆▆▆ | 03/02/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,503.20 | 1,503.20 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,503.20 | 85.68 | 86.36 | 20.20 | 42.76 | 0.90 |
| YTD | 7,572.37 | 477.31 | 435.29 | 101.81 | 215.53 | 4.54 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 864.02 | 6.96 | 112.74 | 0.00 | 2.00 | 281.58 |
| YTD | | 35.09 | 567.93 | 0.00 | 10.00 | 1,413.54 |

| Direct Deposit Information | | | | |
|---|---|---|---|---|
| TD Bank | | | Checking | 864.02 |

| Voluntary Deductions | | | | Wage Detail | | | Abs Bal as of 02/16/2018 | |
|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| DUES | 20.95 | 104.75 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 150.32 | 757.24 | | | | | PERSONAL | 3.000 Days |
| DENP | 2.50 | 12.50 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 467.35 | | | | | VAAA | 20.000 Days |
| RXPR | 13.34 | 66.70 | | | | | | |
| VISP | 1.00 | 5.00 | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | | 03/30/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,503.20 | 1,503.20 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,503.20 | 98.92 | 93.20 | 21.80 | 46.15 | 0.90 |
| YTD | 10,578.77 | 661.91 | 614.85 | 143.81 | 304.44 | 6.34 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 1,119.97 | 7.52 | 112.74 | 0.00 | 2.00 | 0.00 |
| YTD | | 49.57 | 793.41 | 0.00 | 14.00 | 1,695.12 |

| Direct Deposit Information | | |
|---|---|---|
| TD Bank | Checking | 1,119.97 |

| Voluntary Deductions | | | Wage Detail | | | | Abs Bal as of 03/16/2018 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance | Unit |
| DUES | 0.00 | 125.70 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 | Days |
| BB02 | 0.00 | 907.56 | | | | | PERSONAL | 3.000 | Days |
| DENP | 0.00 | 15.00 | | | | | SIAA | 70.000 | Days |
| HOSP | 0.00 | 560.82 | | | | | VAAA | 20.000 | Days |
| RXPR | 0.00 | 80.04 | | | | | | | |
| VISP | 0.00 | 6.00 | | | | | | | |

## Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | | 04/13/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,503.20 | 1,503.20 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,503.20 | 85.68 | 86.36 | 20.20 | 42.76 | 0.90 |
| YTD | 12,081.97 | 747.59 | 701.21 | 164.01 | 347.20 | 7.24 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 864.02 | 6.96 | 112.74 | 0.00 | 2.00 | 281.58 |
| YTD | | 56.53 | 906.15 | 0.00 | 16.00 | 1,976.70 |

| Direct Deposit Information | | | | | |
|---|---|---|---|---|---|
| TD Bank | | | | Checking | 864.02 |

| Voluntary Deductions | | Wage Detail | | | | Abs Bal as of 03/30/2018 | |
|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance Unit |
| DUES | 20.95 | 146.65 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 Days |
| BB02 | 150.32 | 1,057.88 | | | | | PERSONAL | 3.000 Days |
| DENP | 2.50 | 17.50 | | | | | SIAA | 70.000 Days |
| HOSP | 93.47 | 654.29 | | | | | VAAA | 16.000 Days |
| RXPR | 13.34 | 93.38 | | | | | | |
| VISP | 1.00 | 7.00 | | | | | | |

# Employee Pay Stub

Avon Grove School District ~ 375 S. Jennersville Road ~ West Grove, PA 19390

| Employee Name | | | | | Employee ID | Check Date |
|---|---|---|---|---|---|---|
| BHAN, CINDY | | | | | | 04/27/2018 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 1.00 | 0.00 | 0.00 | Married | 0 | 0.00 | 1,531.39 | 1,531.39 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 1,531.39 | 88.81 | 88.11 | 20.61 | 43.63 | 0.92 |
| YTD | 13,613.36 | 836.40 | 789.32 | 184.62 | 390.83 | 8.16 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 901.90 | 7.11 | 114.85 | 0.00 | 2.00 | 263.45 |
| YTD | | 63.64 | 1,021.00 | 0.00 | 18.00 | 2,240.15 |

| Direct Deposit Information | | | |
|---|---|---|---|
| TD Bank | | Checking | 901.90 |

| Voluntary Deductions | | Wage Detail | | | | | Abs Bal as of 04/13/2018 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate Type | Type | Balance | Unit |
| DUES | 0.00 | 146.65 | 80.00 | 0.00 | | 18.79 HOUR | FIAA | 2.000 | Days |
| BB02 | 153.14 | 1,211.02 | 0.00 | 1.00 | 1.50 | 18.79 HOUR | PERSONAL | 3.000 | Days |
| DENP | 2.50 | 20.00 | | | | | SIAA | 70.000 | Days |
| HOSP | 93.47 | 747.76 | | | | | VAAA | 16.000 | Days |
| RXPR | 13.34 | 106.72 | | | | | | | |
| VISP | 1.00 | 8.00 | | | | | | | |