# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ajay Kumar Bhan <br>       Debtor(s) <br><br> Toyota Motor Credit Corporation <br>       Movant <br>   vs. <br><br> Ajay Kumar Bhan <br>       Debtor(s) <br><br> William C. Miller Esq. <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 18-12606 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion to Compel of Toyota Motor Credit Corporation, which was filed with the Court on or about **July 24, 2018; Docket No. 34**.

              Respectfully submitted,

              **/s/ Kevin G. McDonald, Esquire**
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

September 11, 2018