# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ajay Kumar Bhan<br>                    Debtor | Case No. 18-12606 AMC<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                    Movant<br>   v.<br>Ajay Kumar Bhan<br>Cindy Bhan  (CoDebtor)<br>and<br>William C. Miller, Esquire<br>                    Respondents | |

## ORDER

AND NOW, this 16th day of October, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 150 Shinnecock Hill, Avondale, PA 19311 and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

_____
United States Bankruptcy Judge

Interested Parties:

Ajay Kumar Bhan
112 Ford Drive
Lincoln University, PA 19352

Cindy Bhan  (CoDebtor)
150 Shinnecock Hill
Avondale, PA 19311

Robert J. Lohr, II, Esquire
Lohr and Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382
Attorney for Debtor

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant