United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ajay Kumar Bhan
    Debtor

Case No. 18-12606-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 16, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db          +Ajay Kumar Bhan,   112 Ford Drive,   Lincoln University, PA 19352-9026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          ANN E. SWARTZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA9 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA9 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          HARRY B. REESE   on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JEROME B. BLANK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JODI L. HAUSE   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL. jodi.hause@phelanhallinan.com,   paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL. bkgroup@kmllawgroup.com
          ROBERT J. LOHR, II   on behalf of Debtor Ajay Kumar Bhan bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                         TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ajay Kumar Bhan<br>　　　　　　　　　　Debtor | Case No. 18-12606 AMC<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　　Movant<br>　v.<br>Ajay Kumar Bhan<br>Cindy Bhan  (CoDebtor)<br>and<br>William C. Miller, Esquire<br>　　　　　　　　　　Respondents | |

## ORDER

AND NOW, this 16th day of October, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 150 Shinnecock Hill, Avondale, PA 19311 and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

_____
United States Bankruptcy Judge

Interested Parties:

Ajay Kumar Bhan
112 Ford Drive
Lincoln University, PA 19352

Cindy Bhan  (CoDebtor)
150 Shinnecock Hill
Avondale, PA 19311

Robert J. Lohr, II, Esquire
Lohr and Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382
Attorney for Debtor

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant