# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12606-AMC

AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352

**Counsel for debtor(s), by electronic notice only.**
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 11/15/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee