United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12606-amc
Ajay Kumar Bhan                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Dec 11, 2018
                              Form ID: 152             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
```
db            +Ajay Kumar Bhan,    112 Ford Drive,    Lincoln University, PA 19352-9026
14093439      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14124946      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14093440      +Barclays Bank Delaware,    Attn: Correspondence,    P.O. Box 8801,    Wilmington, DE 19899-8801
14093443      +Chase Card Services,    Correspondence Dept,    P.O. Box 15298,    Wilmington, DE 19850-5298
14104703      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14093448      +Harry Reese, Esquire,    Powers Kirn & Associates, LLC,    8 Neshaminy Interplex Drive,
                Suite 215,    Feasterville Trevose, PA 19053-6980
14093449      +Infibank,    Bankcard Processing/Attn: Bankruptcy,    P.O. Box 3696,    Omaha, NE 68103-0696
14093450     ++LENDINGPOINT LLC,    1201 ROBERTS BLVD,    STE 200,    KENNESAW GA 30144-3612
              (address filed with court: Lendingpoint LLC,     1701 Barrett Lake Boulevard,
                Kennesaw, GA 30144)
14124212      +LendingPoint, LLC,    1201 Roberts Blvd.,    Kennesaw, GA 30144-3612
14093451      +Somerset Lake Homeowners Association,    1 West Clubhouse Drive,    Landenberg, PA 19350-9400
14093452      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
14093454       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14100315      +The Bank of New York Mellon fka Bank of New yORK,     c/o Kevin G. McDonald, Esquire,
                KML Law Group, P.C.,    701 Market Street, Suite 5000,    Phila., PA 19106-1541
14168041      +Toyota Motor  Credit Corporation,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
14093456     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Department,    P.O. Box 6429,
                Greenville, SC 29606)
14093455      +Wells Fargo Bank,    P.O. Box 31557,    Billings, MT 59107-1557
14108380       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA     50306-0438
14128941       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14096254      +Wells Fargo Bank, N.A.,    c/o Thomas Song, Esquire,    1617 JFK Blvd., Suite 1400,
                One Penn Center Plaza,    Phila., PA 19103-1823
14096940       Wells Fargo Bank, N.A. Default Document Processing,     1000 Blue Gentian Road  N9286-01Y,
                Eagan, MN  55121-7700
14093457       Wells Fargo Home Mor,    Attn: Bankruptcy,    Mac X7801-014    3476 Stateview Blvd,
                Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 12 2018 03:06:22     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2018 03:06:00
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2018 03:06:14     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:19     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14093438      +E-mail/Text: smacknowski@msscuso.com Dec 12 2018 03:06:28     Aspire Federal Credit Union,
                67 Walnut Avenue,    Suite 401,    Clark, NJ 07066-1696
14093441      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 12 2018 03:06:35     Caliber Home Loans,
                Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
14093442      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 03:09:19     Capital One,
                Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14129076      +E-mail/Text: bncmail@w-legal.com Dec 12 2018 03:06:11     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14093444      +E-mail/Text: melissa.scarpitti@dexsta.com Dec 12 2018 03:05:53     Dexsta Fed Credit Un,
                300 Foulk Rd Ste 100,    Wilmington, DE 19803-3819
14093445      +E-mail/Text: melissa.scarpitti@dexsta.com Dec 12 2018 03:05:53     Dexsta Fed Credit Union,
                300 Foulk Rd,    Suite 100,    Wilmington, DE 19803-3819
14100669       E-mail/Text: mrdiscen@discover.com Dec 12 2018 03:05:47     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14093446      +E-mail/Text: mrdiscen@discover.com Dec 12 2018 03:05:47     Discover Financial,    P.O. Box 3025,
                New Albany, OH 43054-3025
14093447      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 12 2018 03:06:35     Genesis BC/Celtic Bank,
                268 S State Street,    Suite 300,    Salt Lake City, UT 84111-5314
14119715      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2018 03:06:07     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14123991       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 03:09:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14094201      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 03:10:23
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14214096       E-mail/Text: bnc-quantum@quantum3group.com Dec 12 2018 03:05:54
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14121337       E-mail/Text: bnc-quantum@quantum3group.com Dec 12 2018 03:05:53
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Dec 11, 2018
                               Form ID: 152                 Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14202351      +E-mail/Text: bncmail@w-legal.com Dec 12 2018 03:06:11     SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14093453      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:10:19     Synchrony Bank/Lowes,
               Attn:  Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 20

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
14093437        18-12606
14124749        The Bank of New York Mellon, as Trustee for CIT Mo,   13801 Wireless Way Oklahoma City, OK 731
cr*             Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
cr*            +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,
                Seattle, WA 98121-3132
14096942*       Wells Fargo Bank, N.A. Default Document Processing,   1000 Blue Gentian Road  N9286-01Y,
                Eagan, MN  55121-7700
                                                                                     TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA9 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA9 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JODI L. HAUSE    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               jodi.hause@phelanhallinan.com,    paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT J. LOHR, II    on behalf of Debtor Ajay Kumar Bhan bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ajay Kumar Bhan
    Debtor(s)

Case No: 18−12606−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/22/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

64
Form 152