# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 18-12606-AMC

AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    AJAY KUMAR BHAN

    112 FORD DRIVE

    LINCOLN UNIVERSITY, PA 19352

**Counsel for debtor(s), by electronic notice only.**
    ROBERT J LOHR, II
    1246 WEST CHESTER PK
    SUITE 312
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                  /s/ William C. Miller

Date: 3/27/2019

                                  _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee