# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12606-AMC

AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AJAY KUMAR BHAN

    112 FORD DRIVE

    LINCOLN UNIVERSITY, PA 19352

Counsel for debtor(s), by electronic notice only.

    ROBERT J LOHR, II
    1246 WEST CHESTER PK
    SUITE 312
    WEST CHESTER, PA 19382

Date: 3/29/2019

                /S/ William C. Miller
                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee