United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12606-amc
Ajay Kumar Bhan                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 15, 2019
                            Form ID: trc    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14124749        The Bank of New York Mellon, as Trustee for CIT Mo,   13801 Wireless Way Oklahoma City, OK 731
                                                                                                             TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
         ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
         TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA9 MORTGAGE
         PASS-THROUGH CERTIFICATES, SERIES 2006-OA9 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         debersole@hoflawgroup.com, pfranz@hoflawgroup.com
         HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
         aynor-paul@pkallc.com;amanda.rauer@pkallc.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
         JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         JODI L. HAUSE    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         jodi.hause@phelanhallinan.com, paeb@fedphe.com
         KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW ORK MELLON ET.AL.
         bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         bkgroup@kmllawgroup.com
         MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
         ROBERT J. DAVIDOW    on behalf of Creditor    THE BANK OF NEW ORK MELLON ET.AL.
         robert.davidow@phelanhallinan.com
         ROBERT J. LOHR, II    on behalf of Debtor Ajay Kumar Bhan bob@lohrandassociates.com,
         leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                            TOTAL: 17

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12606-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Ajay Kumar Bhan
112 Ford Drive
Lincoln University PA 19352

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: The Bank of New York Mellon, as Trustee for CIT Mo, 13801 Wireless Way Oklahoma City, OK 731

Name and Address of Transferee:

The Bank of New York Mellon, et al.
c/o Select Portfolio Servicing, Inc.
PO Box 65250, Salt Lake City, UT 84165

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/17/19

Tim McGrath
**CLERK OF THE COURT**