# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AJAY KUMAR BHAN | Chapter 13 |
| Debtor | Bankruptcy No. 18-12606-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __21st__ day of __May__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382


Debtor:
AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352