United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ajay Kumar Bhan  
    Debtor

Case No. 18-12606-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 3    Date Rcvd: May 21, 2019  
                   Form ID: pdf900    Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.

```
db            +Ajay Kumar Bhan,    112 Ford Drive,    Lincoln University, PA 19352-9026
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
14093439      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14124946      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14093440      +Barclays Bank Delaware,    Attn: Correspondence,    P.O. Box 8801,    Wilmington, DE 19899-8801
14093443      +Chase Card Services,    Correspondence Dept,    P.O. Box 15298,    Wilmington, DE 19850-5298
14104703      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14093448      +Harry Reese, Esquire,    Powers Kirn & Associates, LLC,    8 Neshaminy Interplex Drive,
                Suite 215,    Feasterville Trevose, PA 19053-6980
14093449      +Infibank,    Bankcard Processing/Attn: Bankruptcy,    P.O. Box 3696,    Omaha, NE 68103-0696
14124212      +LendingPoint, LLC,    1201 Roberts Blvd.,    Kennesaw, GA 30144-3612
14093450      +Lendingpoint LLC,    1701 Barrett Lake Boulevard,    Kennesaw, GA 30144-4582
14093451      +Somerset Lake Homeowners Association,    1 West Clubhouse Drive,    Landenberg, PA 19350-9400
14093452      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
14276351      +THE BANK OF NEW ORK MELLON ET.AL.,    c/o ROBERT J. DAVIDOW,
                Phelan, Hallinan, Diamond & Jones, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
14093454       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14100315      +The Bank of New York Mellon fka Bank of New yORK,    c/o Kevin G. McDonald, Esquire,
                KML Law Group, P.C.,    701 Market Street, Suite 5000,    Phila., PA 19106-1541
14306501       The Bank of New York Mellon, et al.,    c/o Select Portfolio Servicing, Inc.,
                PO Box 65250, Salt Lake City, UT 84165
14168041      +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
14093456     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court:   Wells Fargo Bank,    Attn: Bankruptcy Department,    P.O. Box 6429,
                Greenville, SC 29606)
14093455      +Wells Fargo Bank,    P.O. Box 31557,    Billings, MT 59107-1557
14108380       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
14128941       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14096254       Wells Fargo Bank, N.A.,    c/o Thomas Song, Esquire,    1617 JFK Blvd., Suite 1400,
                One Penn Center Plaza,    Phila., PA  19103
14096940       Wells Fargo Bank, N.A. Default Document Processing,    1000 Blue Gentian Road N9286-01Y,
                Eagan, MN  55121-7700
14093457       Wells Fargo Home Mor,    Attn: Bankruptcy,    Mac X7801-014    3476 Stateview Blvd,
                Fort Mill, SC 29715
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov May 22 2019 03:01:30      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:09      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 03:02:52      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14093438      +E-mail/Text: smacknowski@msscuso.com May 22 2019 03:01:31      Aspire Federal Credit Union,
                67 Walnut Avenue,    Suite 401,    Clark, NJ 07066-1696
14093441      +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 22 2019 03:01:47      Caliber Home Loans,
                Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
14093442      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2019 03:02:50      Capital One,
                Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14129076      +E-mail/Text: bncmail@w-legal.com May 22 2019 03:01:01      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14093444      +E-mail/Text: melissa.scarpitti@dexsta.com May 22 2019 03:00:32      Dexsta Fed Credit Un,
                300 Foulk Rd Ste 100,    Wilmington, DE 19803-3819
14093445      +E-mail/Text: melissa.scarpitti@dexsta.com May 22 2019 03:00:32      Dexsta Fed Credit Union,
                300 Foulk Rd,    Suite 100,    Wilmington, DE 19803-3819
14100669       E-mail/Text: mrdiscen@discover.com May 22 2019 03:00:27      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14093446      +E-mail/Text: mrdiscen@discover.com May 22 2019 03:00:27      Discover Financial,    P.O. Box 3025,
                New Albany, OH 43054-3025
14093447      +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 22 2019 03:01:48      Genesis BC/Celtic Bank,
                268 S State Street,    Suite 300,    Salt Lake City, UT 84111-5314
14119715      +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2019 03:00:55      MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14123991       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 03:02:29
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14094201      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 03:02:52
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: Randi                 Page 2 of 3                   Date Rcvd: May 21, 2019
                              Form ID: pdf900             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14214096        E-mail/Text: bnc-quantum@quantum3group.com May 22 2019 03:00:34
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14121337        E-mail/Text: bnc-quantum@quantum3group.com May 22 2019 03:00:34
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14202351       +E-mail/Text: bncmail@w-legal.com May 22 2019 03:01:01       SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14093453       +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 03:02:50       Synchrony Bank/Lowes,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
14093437        18-12606
14124749        The Bank of New York Mellon, as Trustee for CIT Mo,    13801 Wireless Way Oklahoma City, OK 731
cr*             Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr*            +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
14096942*       Wells Fargo Bank, N.A. Default Document Processing,    1000 Blue Gentian Road  N9286-01Y,
                 Eagan, MN  55121-7700
                                                                                              TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA9 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA9 ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JODI L. HAUSE    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               jodi.hause@phelanhallinan.com,   paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW ORK MELLON ET.AL.
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ROBERT J. DAVIDOW    on behalf of Creditor    THE BANK OF NEW ORK MELLON ET.AL.
               robert.davidow@phelanhallinan.com
              ROBERT J. LOHR, II    on behalf of Debtor Ajay Kumar Bhan bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Randi                  Page 3 of 3                  Date Rcvd: May 21, 2019
                              Form ID: pdf900              Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                 TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AJAY KUMAR BHAN                         Chapter 13

                    Debtor           Bankruptcy No. 18-12606-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __21st__ day of __May__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382


Debtor:
AJAY KUMAR BHAN

112 FORD DRIVE

LINCOLN UNIVERSITY, PA 19352